| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jennifer Ann Madigan** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | 19-72892 | | |

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                 4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1188 Eagle Way Virginia Beach, VA 23456  Virginia Beach Cit County Value based upon current listing of comparable home on same street of $315,000.**<br>**Tax assessment: $298,900.00**<br>**Debtor's ex-spouse has a $20,000.00 interest in the equity of this home pursua**<br>Line from *Schedule A/B*: **1.1** | $315,000.00 | ■                              $923.82<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **1188 Eagle Way Virginia Beach, VA 23456  Virginia Beach Cit County Value based upon current listing of comparable home on same street of $315,000.**<br>**Tax assessment: $298,900.00**<br>**Debtor's ex-spouse has a $20,000.00 interest in the equity of this home pursua**<br>Line from *Schedule A/B*: **1.1** | $315,000.00 | ■                              $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **DVC 1390 Celebration Blvd. Celebration, FL 34747  Osceola County**<br>**Timeshare: Dvc - Kidani Village 120 Points, (estimated at $50 per point after closing and maintenance (approx. 2 - 4 days for studio room per year) Jointly owned with ex-husband**<br>Line from Schedule A/B: **1.2** | $3,000.00 | ■ $248.61<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **DVC 1390 Celebration Blvd. Celebration, FL 34747  Osceola County**<br>**Timeshare: Dvc - Kidani Village 50 Points. Can only be used in conjunction with another timeshare contract  Jointly owned with ex-husband**<br>Line from Schedule A/B: **1.3** | $1,000.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **DVC 1390 Celebration Blvd. Celebration, FL 34747  Osceola County**<br>**Timeshare: Dvc - The Villas at Grand Floridian - 70 Points, (estimated at $50 per point after closing and maintenance  - can not be used alone, must have another contract  Jointly owned with**<br>Line from Schedule A/B: **1.4** | $1,750.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **2019 Toyota Tundra 4WD 48000 miles Retail values**<br>Line from Schedule A/B: **3.1** | $43,907.00 | ■ $1,907.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| **Household goods and furnishings, please see attached**<br>Line from Schedule A/B: **6.1** | $3,990.00 | ■ $3,990.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| **Clothng and accessories**<br>Line from Schedule A/B: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4)** |
| **Jewelry: Costume And Plastic Jewelery**<br>Line from Schedule A/B: **12.1** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **NOTICE:  Animals: 1 Black Lab - 10 Years, 1 Bunny 7 Years, fish with aquarium**<br>Line from Schedule A/B: **13.1** | $0.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(5)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $125.00 | ■<br>☐ | $125.00<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Checking: Checking Account: Navy Federal Credit Union *6722 (joint with step-father who has not contributed to account)**<br>Line from *Schedule A/B*: **17.1** | $257.28 | ■<br>☐ | $257.28<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Savings: Savings Account: Bellco Federal Credit Union *4833**<br>Line from *Schedule A/B*: **17.2** | $101.65 | ■<br>☐ | $101.65<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Checking: Checkin Account: Bellco Federal Credit Union *4833**<br>Line from *Schedule A/B*: **17.3** | $44.53 | ■<br>☐ | $44.53<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Savings: Savings Account: Navy Federal Credit Union *6201**<br>Line from *Schedule A/B*: **17.4** | $5.00 | ■<br>☐ | $5.00<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **IRA: Investment Account Adminsitered by Franklin Templeton *3455**<br>Line from *Schedule A/B*: **17.5** | $542.11 | ■<br>☐ | $542.11<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **Complete Office Installations, LLC (no longer operating, all taxes and payroll paid)**<br>**Asstes:  Cash on hand $3967.95 and an inoperable 2007 International box truck with over 250,000 miles**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $3,967.95 | ■<br>☐ | $1.00<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| **IRA: IRA administered by Franklin Templeton *3455**<br>Line from *Schedule A/B*: **21.1** | $3,575.76 | ■<br>☐ | $3,575.76<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-34** |
| **Federal: Federal income tax refund for fy 2018**<br>Line from *Schedule A/B*: **28.1** | $3,816.00 | ■<br>☐ | $1,117.00<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(9)** |
| **Federal: Federal income tax refund for fy 2018**<br>Line from *Schedule A/B*: **28.1** | $3,816.00 | ■<br>☐ | $2,699.00<br>100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Federal: NOTICE: Potential, though uncertain, federal income tax refund(s) and/or credit(s) including fy2019 prorata (debtor has not earned any income YTD**<br>Line from *Schedule A/B*: **28.2** | $0.00 | ■ | $1.00 | **Va. Code Ann. § 34-26(9)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal: NOTICE: Potential, though uncertain, federal income tax refund(s) and/or credit(s) including fy2019 prorata (debtor has not earned any income YTD**<br>Line from *Schedule A/B*: **28.2** | $0.00 | ☐ | | **Va. Code Ann. § 34-4** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **State: NOTICE: Potential, though uncertain, state income tax refund(s) and/or credit(s) including fy2019 prorata (debtor has not earned any income YTD**<br>Line from *Schedule A/B*: **28.3** | $0.00 | ☐ | | **Va. Code Ann. § 34-4** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Whole life insurance with Liberty National Life *644**<br>**Beneficiary: Ex-husband & daughter**<br>Line from *Schedule A/B*: **31.1** | $500.00 | ■ | $500.00 | **Va. Code Ann. § 38.2-3122** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **NOTICE: Whole life insurance with Liberty National Life *960 - no cash value**<br>**Beneficiary: Ex-husband & daughter**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ | $0.00 | **Va. Code Ann. § 38.2-3122** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Whole life insurance with Liberty National Life *961**<br>**Beneficiary: Ex-husband & daughter**<br>Line from *Schedule A/B*: **31.3** | $82.00 | ■ | $82.00 | **Va. Code Ann. § 38.2-3122** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **NOTICE: Term life insurance policy through Midland National Life Insurance *765 - no cash value**<br>**Beneficiary: Ex-husband & daughter**<br>Line from *Schedule A/B*: **31.4** | $0.00 | ☐ | | **Va. Code Ann. § 38.2-3122** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |
| **Potential personal injury claim for injuries sustained at DisneyWorld approx. October 2018.**<br>Line from *Schedule A/B*: **33.1** | Unknown | ☐ | | **Va. Code Ann. § 34-28.1** |
| | | ■ | 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1  **Jennifer Ann Madigan**
         First Name        Middle Name        Last Name

Debtor 2  
(Spouse if, filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number   **19-72892**
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Jennifer Ann Madigan**                             X _____
  **Jennifer Ann Madigan**                                    Signature of Debtor 2
  Signature of Debtor 1

  Date  **November 19, 2019**                               Date